**Loren D. Podwill**, OSB #843241
E-Mail: loren.podwill@bullivant.com
**Nels Vulin**, OSB #124884
E-Mail: nels.vulin@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; DUNCAN SHEIK SONGS; HAPP-DOG MUSIC, A DIVISION OF IMMORTAL ENTERTAINMENT; HOUSE OF CASH, INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA; EMI BLACKWOOD MU SIC, INC.; COLLIPARK MUSIC; SOAR LOSER MUSIC; DA CRIPPLER PUBLISHING; and E W C PUBLISHING CO., <br><br>          Plaintiffs, <br><br>     v. | Civil No.: _____ <br><br> **COMPLAINT** |

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

**COMPLAINT**
**Page 1**

TRIO CLUB, INC. d/b/a TRIO CLUB and
SAMMY FOONG, individually,

               Defendants.

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## I.  JURISDICTION AND VENUE

1.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## II.  THE PARTIES

3.    Plaintiff Broadcast Music, Inc. ("BMI") is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 8.5 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4.    The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit.  All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

///

///

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 2

5. Plaintiff Universal Music MGB NA LLC is a limited liability company doing business as Universal Music Careers. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6. Plaintiff Duncan Sheik Songs is a sole proprietorship owned by Duncan Sheik. This Plaintiff is the copyright owner of at least one of the songs in this matter.

7. Plaintiff Happ-Dog Music is a division of Immortal Entertainment, a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

8. Plaintiff House of Cash, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

9. Plaintiff Sony/ATV Songs, LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

10. Plaintiff The Bernard Edwards Company LLC is a limited liability company. This Plaintiff is the copyright owner of at least one of the songs in this matter.

11. Plaintiff Zombies Ate My Publishing is a partnership owned by Amy Lee and Ben Moody. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12. Plaintiff Forthefallen Publishing is a sole proprietorship owned by David Hodges. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13. Plaintiff Reservoir Media Management Inc. is a corporation doing business as Reservoir 416 also known as Reservoir One America. This Plaintiff is the copyright owner of at least one of the songs in this matter.

14. Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 3

15. Plaintiff Collipark Music is a sole proprietorship owned by Michael Antoine Crooms.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

16. Plaintiff Soar Loser Music is a sole proprietorship owned by Warren Anderson Mathis.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

17. Plaintiff Da Crippler Publishing is a sole proprietorship owned by Eric Von Jackson, Jr.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff E W C Publishing Co. is a sole proprietorship owned by Deongelo Marquel Holmes.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

19. Defendant Trio Club, Inc. is a corporation organized and existing under the laws of the State of Oregon, which operates, maintains and controls an establishment known as Trio Club, located at 909 E Burnside St., Portland, OR 97214, in this district (the "Establishment").

20. In connection with the operation of the Establishment, Defendant Trio Club, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

21. Defendant Trio Club, Inc. has a direct financial interest in the Establishment.

22. Defendant Sammy Foong is the President of Defendant Trio Club, Inc. with primary responsibility for the operation and management of that corporation and the Establishment.

23. Defendant Sammy Foong has the right and ability to supervise the activities of Defendant Trio Club, Inc. and a direct financial interest in that corporation and the Establishment.

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 4

### III.    CLAIMS OF COPYRIGHT INFRINGEMENT

24. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 23.

25. Plaintiffs allege five (5) claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

26. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the five (5) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

///

///

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 5

27. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

28. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

29. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

30. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

31. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

Bullivant|Houser|Bailey PC

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 6

WHEREFORE, Plaintiffs pray that:

A.	Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

B.	Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

C.	Defendants be ordered to pay costs, including a reasonable attorney fee, pursuant to 17 U.S.C. Section 505; and

D.	Plaintiffs have such other and further relief as is just and equitable.

DATED:  June 2, 2015

> BULLIVANT HOUSER BAILEY PC
>
> By   /s/ *Nels Vulin*
> **Loren D. Podwill**
> OSB #843241
> **Nels Vulin**
> OSB #124884
> Telephone: 503.228.6351
> Attorneys for Plaintiffs

15552242.1

**Bullivant|Houser|Bailey PC**

300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon  97204-2089
Telephone: 503.228.6351

COMPLAINT
Page 7